# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-00560 |
| CARLOS FAVIAN MARTINEZ, ET AL. | § | |

## UNITED STATES SUPPLEMENTAL NOTICE OF PROPERTY SUBJECT TO FORFEITURE

The indictment in this case provides notice of criminal forfeiture and identifies property subject to forfeiture. The United States hereby supplements the notice of criminal forfeiture and gives notice that the property subject to forfeiture also includes, but is not limited to:

1. 2016 Mercedes CLA 250, VIN No. WDDSJ4EB2GN391758, seized on November 14, 2022, in Cameron County, Texas;
2. 2019 Toyota Tacoma, VIN No. 3TMCZ5AN8KM214969, seized on November 14, 2022, in Cameron County, Texas;
3. 2021 Chevrolet Corvette, VIN No. 1G1YC2D40M5111765, seized on November 18, 2022, in Cameron County, Texas;
4. 2022 Toyota Highlander, VIN No. 5TDGZRAHXNS142714, seized on November 18, 2022, in Cameron County, Texas;
5. 2019 Toyota Camry, VIN No. 4T1B11HK2KU754784, seized on November 18, 2022, in Cameron County, Texas;
6. 2022 Rolex Datejust Watch with case, Serial No. 126234, seized on November 18, 2022, in Cameron County, Texas;
7. Tag Heuer Super Mario Watch with case, no serial number observed, seized on November 18, 2022, in Cameron County, Texas;
8. 2019 Jeep Wrangler, VIN No. 1C4HJXFG1KW614858, seized on November 21, 2022, in Cameron County, Texas;
9. 2020 Jeep Gladiator, VIN No. 1C6JJTBG2LL134256, seized on November 21, 2022, in Cameron County, Texas;
10. 2017 25' Shallow Sport w/300hp Outboard Motor, Hull No. SZXN3536H617, seized on November 21, 2022, in Cameron County, Texas;
11. 2000 Flatbed Trailer, VIN No. 1L9GA7ZAXYL033294, seized on November 21, 2022, in Cameron County, Texas;
12. 2015 CanAm (ATV), VIN No. 3JBPWAP20FJ000262, seized on November 21, 2022, in Cameron County, Texas;

13. 2017 Puma RV Travel Trailer, VIN No. 4X4TPUH20HP066177, seized on November 21, 2022, in Cameron County, Texas;
14. 2017 Shallow Sports Trailer, VIN No. 4LYBA2628HH002079, seized on November 21, 2022, in Cameron County, Texas;
15. 2020 Nissan NV350 Transport Van, VIN No. JN1CE6DS0L9010673, seized on November 21, 2022, in Cameron County, Texas;
16. 2023 Land Rover Range Rover P530 SE SWB, VIN No. SALKP9E73PA011828, seized on November 16, 2022, in Hidalgo County, Texas;
17. $375,000.00 United States currency, seized inside Louis Vuitton Keepall Bandouliere bag (#18) which was located in a 2023 Land Rover Range Rover P530 (#16), seized on November 16, 2022, in Hidalgo County, Texas;
18. Louis Vuitton Keepall Bandouliere Bag, used to conceal U.S. currency (#17), seized on November 16, 2022, in Hidalgo County, Texas;
19. Louis Vuitton Horizon 55 Suitcase, located in 2023 Land Rover Range Rover P530 (#16), seized on November 16, 2022, in Hidalgo County, Texas;
20. Louis Vuitton Keepall Bandouliere Bag, located in 2023 Land Rover Range Rover P530 (#16), seized on November 16, 2022, in Hidalgo County, Texas;
21. 2020 Porsche Cayenne Turbo S, VIN No. WP1AH29Y3LDA59007, seized on November 18, 2022, in Hidalgo County, Texas;
22. 2012 Ford Fusion, VIN No. 3FAHP0JG4CR252466, seized on November 18, 2022, in Hidalgo County, Texas;
23. 2019 Mercedes G63 AMG G-Wagon, VIN No. WDCYC7GJ3KX306387, seized on November 18, 2022, in Hidalgo County, Texas;
24. 2020 BMW X5, VIN No. WBSJU0107L9B85795, seized on November 18, 2022, in Hidalgo County, Texas;
25. 2023 Land Rover Range Rover, VIN No. SALKP9FU5PA013553, seized on November 18, 2022, in Hidalgo County, Texas;
26. 2020 Toyota Supra GR, VIN No. WZ1DB4100LW025310, seized on November 18, 2022, in Hidalgo County, Texas;
27. 2020 BMW X7, VIN No. WBACX4100LLB38025, seized on November 18, 2022, in Hidalgo County, Texas;
28. 2021 Mercedes Benz G63 AMG G-Wagon, VIN No. WINYC7GJ5MX383182, seized on November 18, 2022, in Hidalgo County, Texas;
29. 2019 Dodge Ram Limited, VIN No. 1C6SRFHTXKN752799, seized on November 15, 2022, in Hidalgo County, Texas;
30. 2018 Ford F150 King Ranch, VIN No. 1FTEW1EG2JFB57530, seized on November 18, 2022, in Hidalgo County, Texas;
31. 1968 Ford Shelby GT500, VIN No. 7RC1C72772, seized on November 18, 2022, in Hidalgo County, Texas;

32. 2012 Harley Davidson FLHX Motorcycle, VIN No. 1HD1KBM13CB637792, seized on November 18, 2022, in Hidalgo County, Texas;
33. 2019 Harley Davidson FLHXSE/CVO Motorcycle, VIN No. 5HD1PXLC1KB952115, seized on November 18, 2022, in Hidalgo County, Texas;
34. 1969 Chevrolet Camaro SS, VIN No. 124379N503058, seized on November 18, 2022, in Hidalgo County, Texas;
35. Art Painting (R. Coronel) Four Face seized on November 18, 2022, in Hidalgo County, Texas;
36. Art Painting (Thuo) Seven Face Abstract seized on November 18, 2022, in Hidalgo County, Texas;
37. Art Painting (Nine white/black/gold boxes seized on November 18, 2022, in Hidalgo County, Texas;
38. Art Painting (Anyz) Seven Rings on Gold seized on November 18, 2022, in Hidalgo County, Texas;
39. Art Painting (Anyz) Abstract Trees on Gold seized on November 18, 2022, in Hidalgo County, Texas;
40. Art Painting (Anyz) Abstract River on Gold seized on November 18, 2022, in Hidalgo County, Texas;
41. Art Painting (Anyz) Abstract Blue/White on Gold seized on November 18, 2022, in Hidalgo County, Texas;
42. Art Painting (Anyz) Two Pieces Blue Clouds seized on November 18, 2022, in Hidalgo County, Texas;
43. Beretta/Wilson Combat 92G Centurion Tactical Pistol with serial number WC5457CT, seized on November 18, 2022, in Hidalgo County, Texas;
44. Beretta 92FS 9mm Pistol with serial number BER557388, seized on November 18, 2022, in Hidalgo County, Texas;
45. Pietro Beretta .380 84 FS Cheetah Pistol with serial number H72023Y, seized on November 18, 2022, in Hidalgo County, Texas;
46. Pietro Beretta .380 84 FS Cheetah Pistol with serial number H59138Y, seized on November 18, 2022, in Hidalgo County, Texas;
47. Colt 02991 MHE .38 Super Pistol with serial number MHE254, seized on November 18, 2022 in Hidalgo County, Texas;
48. Colt . 38 Super Pistol with serial number 38SS07523, seized on November 18, 2022, in Hidalgo County, Texas;
49. Colt La Patria Gold Cup National Match .38 Super Pistol with serial number NMS0072, seized on November 18, 2022, in Hidalgo County, Texas;
50. H&K VP9 MM Pistol with serial number 224-042460, seized on November 18, 2022, in Hidalgo County, Texas;
51. Sig Sauer P238 .380 Pistol with serial number 27B067455, seized on November 18, 2022, in Hidalgo County, Texas;
52. FNH FNS-9 9mm Pistol with serial number GKU0041097, seized on November 18, 2022, in Hidalgo County, Texas;
53. Sako 85L Rifle - Remington 7mm with serial number D40776, seized on November 18, 2022, in Hidalgo County, Texas;

54. Sako A75 308 Winchester Rifle with serial number J50895, seized on November 18, 2022, in Hidalgo County, Texas;
55. Sig Sauer 716 7.62m Rifle with serial number 22G005364, seized on November 18, 2022, in Hidalgo County, Texas;
56. Colt Sporter M4 5.56 Rifle with serial number SP503896, seized on November 18, 2022, in Hidalgo County, Texas;
57. Benelli Montefeltro 12 Gauge Shotgun with serial number MS12-8420U16, seized on November 18, 2022, in Hidalgo County, Texas;
58. Benelli 828U 12 Gauge Shotgun with serial number BS005122P15, seized on November 18, 2022, in Hidalgo County, Texas;
59. Franchi Instinct SL 12 Gauge Shotgun with serial number FF027390, seized on November 18, 2022, in Hidalgo County, Texas;
60. Silma M-80 Pointer Shotgun with serial number 133466, seized on November 18, 2022, in Hidalgo County, Texas;
61. Browning 725 Shotgun with serial number 17605ZR131, seized on November 18, 2022, in Hidalgo County, Texas;
62. X25 50 Round .308 Drum Magazine, seized on November 18, 2022 in Hidalgo County, Texas;
63. AK UTG Collapsible Stock Kit, seized on November 18, 2022 in Hidalgo County, Texas;
64. PB 9mm Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
65. PB 9mm Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
66. PB .380 Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
67. Beretta Gun Lock, seized on November 18, 2022, in Hidalgo County, Texas;
68. Beretta Pistol Case, seized on November 18, 2022, in Hidalgo County, Texas;
69. PB .380 Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
70. Beretta gun lock, seized on November 18, 2022, in Hidalgo County, Texas;
71. Beretta Pistol Case, seized on November 18, 2022, in Hidalgo County, Texas;
72. Colt .38 Super Auto Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
73. Colt Gun Lock, seized on November 18, 2022, in Hidalgo County, Texas;
74. Colt gun case, seized on November 18, 2022, in Hidalgo County, Texas;
75. Colt .38 Super Auto Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
76. Colt Gun Lock, seized on November 18, 2022, in Hidalgo County, Texas;
77. Colt Gun Case, seized on November 18, 2022, in Hidalgo County, Texas;
78. Colt .38 Super Auto Magazine, seized on November 18, 2022, in Hidalgo County, Texas;

79. Colt Wooden Gun Case, seized on November 18, 2022, in Hidalgo County, Texas;
80. H&K 9mm Pistol Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
81. H&K Gun Lock, seized on November 18, 2022, in Hidalgo County, Texas;
82. H&K Pistol Case, seized on November 18, 2022, in Hidalgo County, Texas;
83. H&K Speed Loader, seized on November 18, 2022, in Hidalgo County, Texas;
84. H&K Hand Grip Accessories, seized on November 18, 2022, in Hidalgo County, Texas;
85. Sig Sauer .380 Auto Mag, seized on November 18, 2022, in Hidalgo County, Texas;
86. Sig Sauer 380 Pistol Holster, seized on November 18, 2022, in Hidalgo County, Texas;
87. Sig Sauer Gun Lock, seized on November 18, 2022, in Hidalgo County, Texas;
88. Sig Sauer Gun Case, seized on November 18, 2022, in Hidalgo County, Texas;
89. FNH 9mm Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
90. FNH Pistol Case, seized on November 18, 2022, in Hidalgo County, Texas;
91. FNH Gun Lock, seized on November 18, 2022, in Hidalgo County, Texas;
92. SAKO 7mm Rifle Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
93. Zeiss Conquest Rifle Scope, seized on November 18, 2022, in Hidalgo County, Texas;
94. Browning Rifle Bag, seized on November 18, 2022, in Hidalgo County, Texas;
95. Swarovski Z3 Rifle Scope with serial number MA8711673, seized on November 18, 2022, in Hidalgo County, Texas;
96. Sako A7S Rifle Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
97. Allen Rifle Bag, seized on November 18, 2022, in Hidalgo County, Texas;
98. Leupold Rifle Scope with serial number 283210Y, seized on November 18, 2022, in Hidalgo County, Texas;
99. Magpul 7.62mm Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
100. Harris Series BR Bipod, seized on November 18, 2022, in Hidalgo County, Texas;
101. EOTECH Holographic Sight, seized on November 18, 2022, in Hidalgo County, Texas;
102. Hard Plastic Rifle Case, seized on November 18, 2022, in Hidalgo County, Texas;
103. L3 Insight WL1-AA Laser, seized on November 18, 2022, in Hidalgo County, Texas;

104. Redhead Rifle bag, seized on November 18, 2022, in Hidalgo County, Texas;
105. Benelli shotgun choke, seized on November 18, 2022, in Hidalgo County, Texas;
106. Benelli Shotgun Case, seized on November 18, 2022, in Hidalgo County, Texas;
107. Benelli 828U Accessory Case, seized on November 18, 2022, in Hidalgo County, Texas;
108. Benelli 828U Shotgun Case, seized on November 18, 2022, in Hidalgo County, Texas;
109. Franchi Shotgun Case, seized on November 18, 2022, in Hidalgo County, Texas;
110. Silma Shotgun Case, seized on November 18, 2022, in Hidalgo County, Texas;
111. Browning shotgun choke kit, seized on November 18, 2022, in Hidalgo County, Texas;
112. One bag of seven H&K 7.62, 20-Round Magazines, seized on November 18, 2022, in Hidalgo County, Texas;
113. FN 9mm, 17-Round Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
114. P. B. 9mm Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
115. TAPCO 5.56MM, 30-Round Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
116. H&K 7.62 x 51, 30-Round Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
117. Colt 5.56MM, 20-Round Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
118. Magpul PMAG 5.56X45, 30-Round Magazine, seized on November 18, 2022, in Hidalgo County, Texas;
119. Four Colt 1911 9mm, 9-Round Magazines, seized on November 18, 2022, in Hidalgo County, Texas;
120. Winchester 12 Gauge Ammunition, 250 shells, seized on November 18, 2022, in Hidalgo County, Texas;
121. W.W. Super 7mm Rem Mag Ammunition, 34 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
122. PPU Remington .223 Ammunition, 90 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
123. DRT Ammo .380 Auto, 13 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
124. PPU .308 Winchester Ammunition, 24 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
125. WCC 13 (7.62) Ammunition, one round, seized on November 18, 2022, in Hidalgo County, Texas;
126. Hornady 9mm Ammunition, 40 rounds, seized on November 18, 2022, in Hidalgo County, Texas;

127. PPU 9mm Ammunition, 11 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
128. 9mm Luger Win Ammunition, 37 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
129. Leather Card Holder w/Cartier Logo, seized on November 18, 2022, in Hidalgo County, Texas;
130. 2018 Lincoln Navigator, with VIN No. 5LMJJ3LT1JEL01981, seized on November 18, 2022, in Hidalgo County, Texas;
131. 2022 Yamaha Umax Rally RFS 2+2 Golf cart, with VIN No. YU2AW1XSP2, seized on November 18, 2022, in Hidalgo County, Texas;
132. Yamaha Disklavier Piano W/ Bench, seized on November 18, 2022, in Hidalgo County, Texas;
133. HK MR762 A1 Rifle, with serial number 242-301070, seized on November 18, 2022, in Hidalgo County, Texas;
134. Three H&K 7.62 magazines, seized on November 18, 2022, in Hidalgo County, Texas;
135. WCC 13 (7.62) ammunition, 19 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
136. .308 ammunition, 40 rounds, seized on November 18, 2022, in Hidalgo County, Texas;
137. I-Watch Series 7 w/Apple Logo, seized on November 18, 2022, in Hidalgo County, Texas;
138. I-Watch 2nd Generation w/Apple Logo and serial number FHMQ2M2AG9J8, seized on November 18, 2022, in Hidalgo County, Texas;
139. Watch with Audemas Piguet logo, seized on November 18, 2022, in Hidalgo County, Texas;
140. Watch with Ferragamo logo, seized on November 18, 2022, in Hidalgo County, Texas;
141. Three watches with Fendi logo, seized on November 18, 2022, in Hidalgo County, Texas;
142. Three watches with Gucci logo, seized on November 18, 2022, in Hidalgo County, Texas;
143. Watch with Hstern logo, seized on November 18, 2022, in Hidalgo County, Texas;
144. Watch with Brera Orologi logo, seized on November 18, 2022, in Hidalgo County, Texas;
145. Watch with Bvlgari logo, seized on November 18, 2022, in Hidalgo County, Texas;
146. Watch with Arraw logo, seized on November 18, 2022, in Hidalgo County, Texas;
147. Watch with Technomarine logo, seized on November 18, 2022, in Hidalgo County, Texas;
148. Sport Watch with Chopard Happy logo, seized on November 18, 2022, in Hidalgo County, Texas;

149. Watch with Corum logo, seized on November 18, 2022, in Hidalgo County, Texas;
150. Watch with Bulova logo, seized on November 18, 2022, in Hidalgo County, Texas;
151. Watch with Hublot logo, seized on November 18, 2022, in Hidalgo County, Texas;
152. Three watches with Rolex logo, seized on November 18, 2022, in Hidalgo County, Texas;
153. Watch with Cartier logo, seized on November 18, 2022, in Hidalgo County, Texas;
154. Gold in color bracelet with Cartier logo, seized on November 18, 2022, in Hidalgo County, Texas;
155. Gold in color ring with Cartier logo, seized on November 18, 2022, in Hidalgo County, Texas;
156. 16 Purses with Hermes logo, seized on November 18, 2022, in Hidalgo County, Texas;
157. One Clutch Purse with Hermes Logo, seized on November 18, 2022, in Hidalgo County, Texas
158. Four Purses with Valentino Garavani Logo, seized on November 18, 2022, in Hidalgo County, Texas;
159. One Clutch style purse with Valentino Garavani Logo, seized on November 18, 2022, in Hidalgo County, Texas;
160. Red Christian Dior Purse with Serial Number 05-MA-1009, seized on November 18, 2022, in Hidalgo County, Texas;
161. Yellow Christian Dior Purse with Serial Number 15-MA-021, seized on November 18, 2022, in Hidalgo County, Texas;
162. Black Christian Dior Purse with Serial Number 21-BO-1211, seized on November 18, 2022, in Hidalgo County, Texas;
163. White and Blue Christian Dior Purse with Serial Number 05-RU-0178, seized on November 18, 2022, in Hidalgo County, Texas;
164. Pink Christian Dior Purse with Serial Number 04-Ma-0222, seized on November 18, 2022, in Hidalgo County, Texas;
165. Gold Christian Dior Purse with Serial Number 04-MA-0797, seized on November 18, 2022, in Hidalgo County, Texas;
166. Orange Christian Dior Purse with Serial Number 10-MA-0232, seized on November 18, 2022, in Hidalgo County, Texas;
167. J'Adior Christian Dior Purse with Serial Number 09-MA-0157, seized on November 18, 2022, in Hidalgo County, Texas;
168. Tan Christian Dior Purse with Serial Number 05-BO-0291, seized on November 18, 2022, in Hidalgo County, Texas;
169. Pink Christian Dior Purse with Serial Number 09-MAA-1127, seized on November 18, 2022, in Hidalgo County, Texas;
170. Rattlesnake Christian Dior Purse with Serial Number 02-MA-0230, seized on November 18, 2022, in Hidalgo County, Texas;
171. White Christian Dior Purse with Serial Number 05-BO-0119, seized on November 18, 2022, in Hidalgo County, Texas;

172. Purple and Orange Christian Dior Purse with Serial Number 09-MA-0124, seized on November 18, 2022, in Hidalgo County, Texas;
173. Black Christian Dior Purse with Serial Number 18-MA-0137, seized on November 18, 2022, in Hidalgo County, Texas;
174. Wicker Christian Dior Purse with Serial Number 63-MA-0211, seized on November 18, 2022, in Hidalgo County, Texas;
175. White Christian Dior Purse with Studs with Serial Number 04-MA-0261, seized on November 18, 2022, in Hidalgo County, Texas;
176. Black Christian Dior Purse with Serial Number 18-MA-1108, seized on November 18, 2022, in Hidalgo County, Texas;
177. Christian Dior Tote Bag with Serial Number 50-MA-0149, seized on November 18, 2022, in Hidalgo County, Texas;
178. White Christian Dior Clutch with Serial Number 40-MA-1201, seized on November 18, 2022, in Hidalgo County, Texas;
179. Christian Dior Clutch with Serial Number MC0065, seized on November 18, 2022, in Hidalgo County, Texas;
180. Christian Dior Backpack with Serial Number 28-BO-1210, seized on November 18, 2022, in Hidalgo County, Texas;
181. Trijicon TR20 Rifle Scope with Serial Number Z06990 affixed to HK MR762 A1 Rifle, seized on November 18, 2022, in Hidalgo County, Texas;
182. Balenciaga brand Yellow purse with Serial Number *593546353201317, seized on November 18, 2022, in Hidalgo County, Texas;
183. Balenciaga brand Silver purse with Serial Number *5936467772B562451, seized on November 18, 2022, in Hidalgo County, Texas;
184. Balenciaga brand Pink purse with Serial Number 592333-5872-5582497, seized on November 18, 2022, in Hidalgo County, Texas;
185. Balenciaga brand Silver purse with Serial Number 5923338110V595269, seized on November 18, 2022, in Hidalgo County, Texas;
186. Balenciaga brand Pink Clutch with Serial Number *6375655904002120, seized on November 18, 2022, in Hidalgo County, Texas;
187. Balenciaga brand Blue Clutch with Serial Number 6373724227U203437, seized on November 18, 2022, in Hidalgo County, Texas;
188. Fendi Tote Bag with Serial Number 8BH360A7S01980189, seized on November 18, 2022, in Hidalgo County, Texas;
189. Fendi Wallet yellow with Serial Number 7AR7983IH1998241, seized on November 18, 2022, in Hidalgo County, Texas;
190. Fendi Purse Brown with Serial Number 5405839, seized on November 18, 2022, in Hidalgo County, Texas;
191. Fendi Purse White with Serial Number 6669218, seized on November 18, 2022, in Hidalgo County, Texas;
192. Fendi Purse Purple with Serial Number 7342400, seized on November 18, 2022, in Hidalgo County, Texas;
193. Fendi Purse Black and Brown with Serial Number 4020356, seized on November 18, 2022, in Hidalgo County, Texas;
194. Fendi Purse Pink with Serial Number 6158884, seized on November 18, 2022, in Hidalgo County, Texas;

195. Fendi Purse Red/Orange with Serial Number 5431573, seized on November 18, 2022, in Hidalgo County, Texas;
196. Fendi Purse Red with Serial Number 783091, seized on November 18, 2022, in Hidalgo County, Texas;
197. Prada Tote Bag with unknown serial number, retained purchase receipt dated in calendar year 2022, seized on November 18, 2022, in Hidalgo County, Texas;
198. Prada Purse Black with unknown serial number, retained purchase receipt dated in calendar year 2021, seized on November 18, 2022, in Hidalgo County, Texas;
199. Prada Purse Pink with unknown serial number, retained purchase receipt dated in calendar year 2019, seized on November 18, 2022, in Hidalgo County, Texas;
200. Gucci White Clutch with serial number I015374756, seized on November 18, 2022, in Hidalgo County, Texas;
201. Gucci Red Clutch with serial number G017910023, seized on November 18, 2022, in Hidalgo County, Texas;
202. Gucci Light Blue Purse with serial number *575163534563, seized on November 18, 2022, in Hidalgo County, Texas;
203. Gucci Red Purse with serial number B025210035, seized on November 18, 2022, in Hidalgo County, Texas;
204. Gucci Brown Purse with serial number H011568555, seized on November 18, 2022, in Hidalgo County, Texas;
205. Gucci Red Backpack with serial number C022430337, seized on November 18, 2022, in Hidalgo County, Texas;
206. Gucci Black Backpack with serial number D8735969, seized on November 18, 2022, in Hidalgo County, Texas;
207. Chanel Black Clutch with Clasp and Serial Number 21949346, seized on November 18, 2022, in Hidalgo County, Texas;
208. Chanel Black Clutch with Serial Number 15868434, seized on November 18, 2022, in Hidalgo County, Texas;
209. Chanel Light Pink Clutch with Serial Number 31863297, seized on November 18, 2022, in Hidalgo County, Texas;
210. Chanel Pink Clutch with Serial Number 20964823, seized on November 18, 2022, in Hidalgo County, Texas;
211. Chanel Black Heart Chaped Clutch with Serial Number 31916614, seized on November 18, 2022, in Hidalgo County, Texas;
212. Chanel Black Wallet With Clasp with Serial Number 30562360, seized on November 18, 2022, in Hidalgo County, Texas;
213. Chanel Black Wallet with Serial Number 22046525, seized on November 18, 2022, in Hidalgo County, Texas;
214. Chanel Red Backpack with Serial Number 22777519, seized on November 18, 2022, in Hidalgo County, Texas;
215. Chanel Black and Gold Purse with Serial Number 21613427, seized on November 18, 2022, in Hidalgo County, Texas;

216. Chanel White Purse with Serial Number 29235905, seized on November 18, 2022, in Hidalgo County, Texas;
217. Chanel Black and Wicker Purse with Serial Number 27289293, seized on November 18, 2022, in Hidalgo County, Texas;
218. Chanel Light Blue Purse with Serial Number 20375467, seized on November 18, 2022, in Hidalgo County, Texas;
219. Chanel Red Purse with Serial Number 21396316, seized on November 18, 2022, in Hidalgo County, Texas;
220. Chanel Gold Purse with Serial Number 28229946, seized on November 18, 2022, in Hidalgo County, Texas;
221. Chanel Light Pink Purse with Strap and Serial Number 26925413, seized on November 18, 2022, in Hidalgo County, Texas;
222. Chanel Black Purse with Handle and Serial Number 23456477, seized on November 18, 2022, in Hidalgo County, Texas;
223. Chanel Black Quilted Purse with Serial Number 20410426, seized on November 18, 2022, in Hidalgo County, Texas;
224. Chanel Fabric Purse with Serial Number 31228513, seized on November 18, 2022, in Hidalgo County, Texas;
225. Chanel Red Purse with Writing and Serial Number 29817896, seized on November 18, 2022, in Hidalgo County, Texas;
226. Chanel Light Blue Quilted Purse with Serial Number 31350872, seized on November 18, 2022, in Hidalgo County, Texas;
227. Chanel Blue Purse with Serial Number 15919116, seized on November 18, 2022, in Hidalgo County, Texas;
228. Chanel Yellow Purse with Serial Number 27050395, seized on November 18, 2022, in Hidalgo County, Texas;
229. Chanel See-Through Purse with Serial Number 29049391, seized on November 18, 2022, in Hidalgo County, Texas;
230. Chanel Light Purple Purse with Serial Number 14858763, seized on November 18, 2022, in Hidalgo County, Texas;
231. Chanel Tan Purse with Serial Number 20304024, seized on November 18, 2022, in Hidalgo County, Texas;
232. Chanel Purple Purse with Serial Number 30476453, seized on November 18, 2022, in Hidalgo County, Texas;
233. Louis Vuitton Black Backpack with Serial Number TR31578, seized on November 18, 2022, in Hidalgo County, Texas;
234. Louis Vuitton Oval Hygeine Bag with no serial number, seized on November 18, 2022, in Hidalgo County, Texas;
235. Louis Vuitton Black Hygeine Bag with Serial Number PL3169, seized on November 18, 2022, in Hidalgo County, Texas;
236. Louis Vuitton Green Tote Bag with Serial Number M40736, seized on November 18, 2022, in Hidalgo County, Texas;
237. Louis Vuitton Chest Clutch with Serial Number M50017, seized on November 18, 2022, in Hidalgo County, Texas;
238. Louis Vuitton Light Brown Chest Clutch with Serial Number M68575, seized on November 18, 2022, in Hidalgo County, Texas;

239. Louis Vuitton Light Pink Chest Clutch with Serial Number M67506, seized on November 18, 2022, in Hidalgo County, Texas;
240. Louis Vuitton Black w/ Squares Clutch with Serial Number BA1169, seized on November 18, 2022, in Hidalgo County, Texas;
241. Louis Vuitton Pink w/ Orange/White Clutch with Serial Number M62982, seized on November 18, 2022, in Hidalgo County, Texas;
242. Louis Vuitton Yellow Clutch with Serial Number M81068, seized on November 18, 2022, in Hidalgo County, Texas;
243. Louis Vuitton Pink Heart Chaped Clutch with Serial Number NZ0159, seized on November 18, 2022, in Hidalgo County, Texas;
244. Louis Vuitton Light Yellow Clutch with Serial Number M81407, seized on November 18, 2022, in Hidalgo County, Texas;
245. Louis Vuitton Brown Clutch with Serial Number M43514, seized on November 18, 2022, in Hidalgo County, Texas;
246. Louis Vuitton Brown w/ Pink Purse with Serial Number SR0129, seized on November 18, 2022, in Hidalgo County, Texas;
247. Louis Vuitton Black Purse with Serial Number DU3189, seized on November 18, 2022, in Hidalgo County, Texas;
248. Louis Vuitton Light Blue Purse with Serial Number AR0280, seized on November 18, 2022, in Hidalgo County, Texas;
249. Louis Vuitton Blue Purse with Serial Number SN1145, seized on November 18, 2022, in Hidalgo County, Texas;
250. Louis Vuitton Orange Purse with Serial Number SN3138, seized on November 18, 2022, in Hidalgo County, Texas;
251. Louis Vuitton Brown & Tan Purse with Serial Number CA1149, seized on November 18, 2022, in Hidalgo County, Texas;
252. Yves Saint Laurent Backpack with Serial Number FLY534967.0418, seized on November 18, 2022, in Hidalgo County, Texas;
253. Yves Saint Laurent Clutch with Serial Number NOV533469.0319, seized on November 18, 2022, in Hidalgo County, Texas;
254. Ysl Large Black Purse with Serial Number MAL698651.0822, seized on November 18, 2022, in Hidalgo County, Texas;
255. Ysl White Purse with Serial Number GNR619740.0521, seized on November 18, 2022, in Hidalgo County, Texas;
256. Ysl Small Black Purse with Serial Number GUE377828.0715, seized on November 18, 2022, in Hidalgo County, Texas;
257. Ysl Pink Purse with Serial Number GRP403118.0715, seized on November 18, 2022, in Hidalgo County, Texas;
258. Ysl Light Pink Purse with Serial Number CLD340778.0314, seized on November 18, 2022, in Hidalgo County, Texas;
259. Yves Saint Laurent Tote Bag with Serial Number PMR5384480718, seized on November 18, 2022, in Hidalgo County, Texas;
260. Bottega Veneta Blue Purse with Serial Number B08993079D, seized on November 18, 2022, in Hidalgo County, Texas;
261. Bottega Veneta Yellow Purse with Serial Number B08892058X, seized on November 18, 2022, in Hidalgo County, Texas;

262. Chloe Clutch with Serial Number B58-BDZ, seized on November 18, 2022, in Hidalgo County, Texas;
263. Purse With Christian Louboutin Logo, seized on November 18, 2022, in Hidalgo County, Texas;
264. Clutch With Jimmy Choo Logo, seized on November 18, 2022, in Hidalgo County, Texas;
265. Clutch With Miu Miu Logo, seized on November 18, 2022, in Hidalgo County, Texas;
266. Purse With Miu Miu Logo, seized on November 18, 2022, in Hidalgo County, Texas;
267. Belt With Yves Saint Laurent Logo, seized on November 18, 2022, in Hidalgo County, Texas;
268. Belt W/Gucci Logo, seized on November 18, 2022, in Hidalgo County, Texas;
269. Belts W/ Christian Dior Logo, seized on November 18, 2022, in Hidalgo County, Texas;
270. Belts W/ Hermes Logo, seized on November 18, 2022, in Hidalgo County, Texas;
271. Belt W/ Prada Logo, seized on November 18, 2022, in Hidalgo County, Texas;
272. Belts With Chanel Logo, seized on November 18, 2022, in Hidalgo County, Texas;
273. 2022 Carmex Tanker, with VIN No. 3A9DM4835NG019372, seized on December 1, 2022, in Cameron County, Texas;
274. 2021 Truxton Tanker, with VIN No. 3A9TA49T2MC249668, seized on December 1, 2022, in Cameron County, Texas;
275. Black in Color watch with Tag Heuer Formula One logo, seized on November 15, 2022 in Cameron County, Texas;
276. 2021 Truxton Trailer, with VIN No. 3A9TA49T7MC249181, containing approximately 14,700 gallons of ultra-low sulfur diesel, seized on March 13, 2023, in Cameron County, Texas;
277. 2021 Truxton Trailer, with VIN No. 3A9TA49T7MC249182, containing approximately 14,700 gallons of ultra-low sulfur diesel, seized on March 13, 2023, in Cameron County, Texas;
278. 2021 Truxton Trailer, with VIN No. 3A9TA49T8MC249190, containing approximately 14,700 gallons of ultra-low sulfur diesel, seized on March 13, 2023, in Cameron County, Texas;
279. 2021 Truxton Trailer, with VIN No. 3A9TA49T2MC249184, containing approximately 14,700 gallons of ultra-low sulfur diesel, seized on March 13, 2023, in Cameron County, Texas;
280. 2022 Truxton Trailer, with VIN No. 3A9DM4837NG019373, containing approximately 14,700 gallons of ultra-low sulfur diesel, seized on March 13, 2023, in Cameron County, Texas;
281. 2022 Truxton Trailer, with VIN No. 3A9DM4836NG019400, containing approximately 14,700 gallons of ultra-low sulfur diesel, seized on March 13, 2023, in Cameron County, Texas.

Respectfully submitted,

By: *s/ Anne Veldhuis*
ANNE VELDHUIS
Trial Attorney
Antitrust Division
U.S. Department of Justice
California Bar No. 298491
450 Golden Gate Ave., 10th Floor
San Francisco, CA 94102
Telephone: (415) 307-6722
Fax: 415-934-5399
Email: anne.veldhuis@usdoj.gov

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was served on all counsel of record via the Court's electronic filing system on May 1, 2023.

*s/ Anne Veldhuis*
ANNE VELDHUIS