IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANDRA GUERRA MEDINA,<br><br>Defendant. | CRIMINAL NO. 4:22-cr-560-7 |

## [PROPOSED] ORDER DENYING DEFENDANT SANDRA GUERRA-MEDINA'S MOTION TO MODIFY CONDITIONS OF RELEASE

Before the Court is Defendant Sandra Guerra-Medina's Motion to Modify Conditions of Release by eliminating the requirement that she wear a GPS monitoring device. Having considered the Motion Docket 284, the Motion is hereby **DENIED.**

**SIGNED** on _____

_____
GEORGE C. HANKS, JR.
United States District Judge