IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:22-cr-00560-1 |
| CARLOS FAVIAN MARTINEZ | § § | |

**UNOPPOSED MOTION TO CONTINUE**
**DEFENDANT'S RESTITUTION HEARING**

TO THE HONORABLE GEORGE C. HANKS, JR., UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

CARLOS FAVIAN MARTINEZ, Defendant in the above styled and numbered cause, moves this Court to continue the restitution hearing that is set for October 7, 2025.

1. Counsel filed a motion to continue the restitution hearing [dkt. 800) that was granted and the hearing was reset to October 7, 2025.

2. Undersigned counsel has an existing conflict with the new date. Counsel has longstanding plans to be out of the country from October 5 through October 12, 2025.

3. Counsel requests this Honorable Court grant this morning and reschedule the hearing to a date after October 14, 2025. Counsel has spoken with the Government, attorney for Defendant Hernandez, Jamie Peña, and attorney for Defendant Tapia Fernandez, Chris Sully. All parties are unopposed. The Government

1

is not available on October 17, 2025. Counsel requests the hearing date be rescheduled to October 15th or October 16th.

This motion is not brought for purposes of delay but so that justice maybe be served. WHEREFORE, PREMISES CONSIDERED, Defendant prays that this court grant this Motion and continue the hearing.

                                                Respectfully submitted,

                                                */s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
TBA No. 17724300
Schaffer Kennedy Johnson
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: kentschaffer@gmail.com

JAVIER O. MARTINEZ
Federal ID No. 2164819
TBA No. 24082538
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
jom@martinezcriminaldefense.com

JAMES M. KENNEDY
Federal ID No. 30414
TBA No. 24008754
Schaffer Kennedy Johnson
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: jameskennedy@skjm.law

CRISPIN C. J. QUINTANILLA, III
5526 N 10th
McAllen, Texas 78504

Telephone: (956) 682-9477
Email: gqplaw@yahoo.com

Counsel for Defendant,
CARLOS FAVIAN MARTINEZ

## CERTIFICATE OF CONFERENCE

I, Kent A. Schaffer, certify that AUSA Brittany McClure stated the Government is not opposed to this motion to continue. However, the Government is not available on October 17, 2025.

Jaime Peña, Attorney for Pedro Calvillo Hernandez, stated that he is unopposed to a reset.

Chris Sully, Attorney for Jose de Jesus Tapia Ferndandez, stated that he is unopposed to a reset.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER